U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR - 6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANDREW FRANK | CIVIL ACTION NO. 09-1961-P |
| VERSUS | JUDGE STAGG |
| WARDEN BATSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's due process claims against Jamie Fussell be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

Plaintiff's excessive force and denial of medical care claims against Warden Batson, Harold Echols, Colonel Savage, and Captain Lockey remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of March 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE