RECEIVED

JUL 30 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANDREW FRANK | CIVIL ACTION NO. 09-cv-1961 |
| VERSUS | JUDGE STAGG |
| WARDEN BATSON, ET AL | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Warden Anthony Batson's **Motion to Dismiss (Doc. 49)** is **granted** and all claims against Warden Batson are **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of July, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE