U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 28 2014

TONY R. MO___, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANDREW FRANK            CIVIL ACTION NO. 09-cv-1961

VERSUS            JUDGE STAGG

WARDEN BATSON, ET AL            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 74) is **granted** and all claims against Billy Lockey are **dismissed with prejudice** to refiling a claim against him in forma pauperis.

All claims against all parties have now been resolved, so this final judgment is entered pursuant to Fed. R. Civ. Pro. 58.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28 day of Feb, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE